UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARILYN MEYERS, o/b/o K.M., <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, Commissioner of Social Security, <br><br> Defendant. | CASE NO.   C06-5399RBL-KLS <br><br> ORDER |

The Court, having reviewed defendant's motion to dismiss (Dkt. #8), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the Commissioner erred as described in the report;

(3) defendant's motion to dismiss is denied;

(4) this matter is remanded to the Commissioner for further administrative proceedings as described in the report; and

(5) the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 15th day of December, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE