United States District Judge R<small>ONALD</small> B. L<small>EIGHTON</small>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

M<small>ARILYN</small> M<small>EYERS</small>,  )
)  CIVIL NO. C06-5399RBL
)
)  ORDER FOR EAJA FEES, COSTS AND
Plaintiff,  )  EXPENSES
)
)
)
vs.  )
)
)

JO ANNE B. BARNHART,
Commissioner of Social Security,

Defendant.

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded for this Sentence 4 remand, good cause having been shown, now, therefore, it is hereby

ORDER FOR EAJA FEES, COSTS AND   EXPENSES
[C06-5399RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055

ORDERED that Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $3,783.54 and expenses of $46.92 pursuant to 28 U.S.C. §2412 and costs of $379.10 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

DATED this 9th day of February, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/Elie Halpern
Elie Halpern, WSBA #1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C06-5399RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055