# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARILYN MEYERS

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE,
Commissioner of Social Security

CASE NUMBER: C06-5399RBL/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $20,000.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $3,783.54 that previously were awarded, leaving a net fee of $16,216.46. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $16,216.46, minus any applicable processing fees as allowed by statute.

| | |
|---|---|
| October 23, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | s/Caroline M. Gonzalez |
| | Deputy Clerk |